UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK KLINE,

    Plaintiff,

v.

RANDEE REWERTS, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1103

HON. JANE M. BECKERING

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Vernon Gaiter (named as Corrections Officer Gator), Tyler White (named as Corrections Officer White), and Michael Palmer (named as Corrections Officer Sergeant Palmer) filed a Motion for summary judgment on the basis of exhaustion (ECF No. 16). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19) on August 5, 2025, recommending that this Court grant the motion and dismiss certain Defendants. The Report and Recommendation was duly served on the remaining parties that have appeared. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for summary judgment on the basis of exhaustion (ECF No. 16) is GRANTED, and Plaintiff's remaining claims against Defendants Gator, White, Palmer, and Unknown Party (named as RN Jane Doe) are DISMISSED WITHOUT PREJUDICE. Defendants Gator, White, Palmer, and Unknown Party are TERMINATED from this action.

The case proceeds as to Plaintiff's Eighth Amendment claim alleging that Defendant Baubit violated his rights by failing to provide him with timely medical care and treatment.

Dated: August 28, 2025   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge